**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICARDO ARIAS,

      Petitioner,     Case No.  07-15465
                Hon. Anna Diggs Taylor
v.             Magistrate Judge Paul J. Komives

BLAINE LAFLER,

      Respondent.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
**(D/E-10)**

   This matter is before the court on Magistrate Judge Paul J. Komives's Report and Recommendation of September 25, 2009,  recommending that Petitioner's Application for a Writ of Habeas Corpus be denied.

   The court has reviewed the file, Petitioner's Objection and the Magistrate Judge's Report and Recommendation.  The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

   THEREFORE, the court will accept the Magistrate's Report and Recommendation of September 25, 2009, as the findings and conclusions of this court.

   Accordingly,

   IT IS HEREBY ORDERED that Magistrate Judge Komives's Report and Recommendation of September 25, 2009, is ACCEPTED and ADOPTED.

   IT IS FURTHER ORDERED that Petitioner's Application for a Writ of Habeas Corpus (D/E-1) is DENIED.

   **IT IS SO ORDERED.**

DATED:  November 13, 2009     **s/Anna Diggs Taylor**_____
               ANNA DIGGS TAYLOR
               UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on November 13, 2009.

<u>s/Johnetta M. Curry-Williams</u>
Case Manager